| | |
|---|---|
| BENJAMIN S. SOFTNESS (SBN 361435)<br>bsoftness@kslaw.com<br>**KING & SPALDING LLP**<br>50 California Street, Suite 3300<br>San Francisco, CA 94111<br>Telephone: (415) 318-1200<br>Facsimile:  (415) 318-1300<br><br>LAURA E. HARRIS (*pro hac vice* forthcoming)<br>lharris@kslaw.com<br>**KING & SPALDING LLP**<br>1290 Avenue of the Americas, 14th Floor<br>New York, NY 10104<br>Telephone: (212) 556-2100<br>Facsimile:  (212) 556-2222<br><br>ZACHARY A. MCENTYRE (*pro hac vice* forthcoming)<br>zmcentyre@kslaw.com<br>**KING & SPALDING LLP**<br>1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309-3521<br>Telephone: (404) 572-2176<br>Facsimile:  (404) 572-5100<br><br>*Counsel for Defendant Google LLC* | TINA WOLFSON (SBN 174806)<br>twolfson@ahdootwolfson.com<br>ROBERT AHDOOT (SBN 172098)<br>rahdoot@ahdootwolfson.com<br>THEODORE W. MAYA (SBN 223242)<br>tmaya@ahdootwolfson.com<br>ALYSSA D. BROWN (SBN 301313)<br>abrown@ahdootwolfson.com<br>**AHDOOT & WOLFSON, PC**<br>2600 W. Olive Avenue, Suite 500<br>Burbank, CA 91505-4521<br>Telephone: (310) 474-9111<br>Facsimile:  (310) 474-8585<br><br>*Counsel for Plaintiffs Thomas Thele and Melo Porter* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS THELE and MELO PORTER, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>                Defendant. | Case No. 5:25-cv-09704-NW<br><br>[*The Honorable Noël Wise*]<br><br>**STIPULATION EXTENDING DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Thomas Thele and Melo Porter, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant Google LLC ("Google," and together with Plaintiffs, the "Parties"), by and through their counsel of record, stipulate as follows:

**WHEREAS,** on November 11, 2025, Plaintiffs filed their Class Action Complaint in the action currently pending in this Court with docket number 5:25-cv-09704-NW. Dkt. 1.

**WHEREAS,** on November 12, 2025, Plaintiffs filed their First Amended Class Action Complaint ("FAC") in the action currently pending in this Court with docket number 5:25-cv-09704-NW. Dkt. 6.

**WHEREAS,** on November 13, 2025, Google was served with the FAC, summons, and other case-initiating documents. Dkt. 11.

**WHEREAS,** under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Google's answer or responsive pleading to the FAC is due December 4, 2025.

**WHEREAS,** the Parties have met and conferred regarding the deadline for Google to answer or otherwise respond to the FAC, and have agreed to extend that deadline, and which agreement they respectfully submit to the Court under this Stipulation.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their undersigned counsel, that:

Google shall answer or otherwise respond to the FAC by **January 21, 2026**.

IT IS SO STIPULATED.

Dated: December 3, 2025              **KING & SPALDING LLP**


By:  /s/ Benjamin S. Softness
     Benjamin S. Softness

*Counsel for Defendant*

Dated: December 3, 2025                    **AHDOOT & WOLFSON, PC**

                                           By:  /s/ *Bradley King*
                                                Bradley King

                                           *Counsel for Plaintiffs*

**L.R. 5-1 ATTESTATION**

I, Benjamin S. Softness, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:  /s/ *Benjamin S. Softness*
Benjamin S. Softness