Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Alyssa D. Brown (SBN 301313)
abrown@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Tel: (310) 474-9111
Fax: (310) 474-8585

Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (917) 336-0171
Fax: (917) 336-0177

*Counsel for Plaintiffs and the Proposed Class*

BENJAMIN S. SOFTNESS (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

LAURA E. HARRIS (*pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-2176
Facsimile:  (404) 572-5100

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS THELE and MELO PORTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:25-cv-09704-NW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES FOR MOTION TO DISMISS (ECF 22)**<br><br>Hon. Noël Wise, presiding<br><br>Courtroom 3 – 5th Floor<br><br>Current opposition deadline: Feb. 4, 2026<br>Proposed opposition deadline: Feb. 25, 2026<br>Current reply deadline: Feb. 11, 2026<br>Proposed reply deadline: Mar. 18, 2026<br><br>Hearing date: Apr. 15, 2026<br>Hearing time: 9:00 a.m. |

STIPULATION AND [PROPOSED] ORDER
EXTENDING MTD BRIEFING DEADLINES

CASE NO. 5:25-cv-09704-NW

Pursuant to Civil Local Rule 6-1(b), 6-2, and 7-12 Plaintiffs Thomas Thele and Melo Porter, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant Google LLC ("Google," and together with Plaintiffs, the "Parties"), by and through their counsel of record, stipulate as follows:

**WHEREAS,** on November 11, 2025, Plaintiffs filed their Class Action Complaint in the above-captioned action. ECF 1.

**WHEREAS,** on November 12, 2025, Plaintiffs filed their First Amended Class Action Complaint ("FAC") in this action. ECF 6.

**WHEREAS,** on November 13, 2025, Google was served with the FAC, summons, and other case-initiating documents. ECF 11.

**WHEREAS,** under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Google's answer or responsive pleading to the FAC was due by December 4, 2025.

**WHEREAS,** the Parties met and conferred regarding the deadline for Google to answer or otherwise respond to the FAC, and stipulated and agreed to extend that deadline to January 21, 2026. ECF 13.

**WHEREAS,** Google filed a Motion to Dismiss the FAC (the "Motion") on January 21, 2026. ECF 22.

**WHEREAS**, pursuant to Local Rule 7-3(a), Plaintiffs' Opposition to Google's Motion is due by February 4, 2026, and pursuant to Local Rule 7-3(c), Google's Reply in Support of its Motion is due by February 11, 2026.

**WHEREAS,** the parties have reserved April 15, 2026, at 9:00 a.m. PT, for a hearing on Google's Motion.

**WHEREAS,** the Parties met and conferred regarding the deadlines for Plaintiffs to oppose Google's Motion and for Google to file its Reply in support of its Motion.

**WHEREAS,** the Parties reached an agreement that they respectfully submit to the Court under this Stipulation.

Case 5:25-cv-09704-NW   Document 25   Filed 01/29/26   Page 3 of 5

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their undersigned counsel, that:

1.  Plaintiffs shall file their Opposition to Google's Motion by **February 25, 2026**.

2.  Google shall file its Reply in support of its Motion by **March 18, 2026**.

Dated: January 28, 2026                    **AHDOOT & WOLFSON, PC**


By:   /s/ *Bradley K. King*
      Bradley K. King

      *Counsel for Plaintiffs*


Dated: January 28, 2026                    **KING & SPALDING LLP**


By:   /s/ *Laura E. Harris*
      Laura E. Harris

      *Counsel for Defendant*

STIPULATION AND [PROPOSED] ORDER              2                    CASE NO. 5:25-cv-09704-NW
EXTENDING MTD BRIEFING DEADLINES

## L.R. 5-1 ATTESTATION

I, Bradley K. King, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:    /s/ *Bradley K. King*
       Bradley K. King

# ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DENIED WITHOUT PREJUDICE.  Parties seeking to modify a Court ordered deadline or a deadline set by Federal or local rules must make their request in a reasonable time before that deadline and must explain "with particularity the reasons for the requested enlargement."  Civ. L. R. 6-2(a).  Here, the parties have made their request in a reasonable time but have not demonstrated good cause.  The parties' stipulation is denied without prejudice to re-file a renewed stipulation that includes a reason for the requested extension and a showing that the extension is proportional to the reason provided.

Dated: January 29, 2026

_____
THE HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ~~[PROPOSED]~~ ORDER                    4                    CASE NO. 5:25-cv-09704-NW
EXTENDING MTD BRIEFING DEADLINES