Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Alyssa D. Brown (SBN 301313)
abrown@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500 Burbank, CA 91505-4521
Tel: (310) 474-9111
Fax: (310) 474-8585

Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (917) 336-0171
Fax: (917) 336-0177

*Counsel for Plaintiffs and the Proposed Class*

BENJAMIN S. SOFTNESS (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

LAURA E. HARRIS (*pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-2176
Facsimile: (404) 572-5100

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THOMAS THELE and MELO PORTER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOOGLE LLC,

Defendant.

Case No. 5:25-cv-09704-NW

**STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING DEADLINES FOR MOTION TO DISMISS (ECF 22)**

Hon. Noël Wise, presiding

Courtroom 3 – 5th Floor

Current opposition deadline: Feb. 4, 2026
Proposed opposition deadline: Feb. 25, 2026
Current reply deadline: Feb. 11, 2026
Proposed reply deadline: Mar. 18, 2026

Hearing date: Apr. 15, 2026
Hearing time: 9:00 a.m.

Pursuant to Civil Local Rule 6-1(b), 6-2, and 7-12 Plaintiffs Thomas Thele and Melo Porter, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant Google LLC ("Google," and together with Plaintiffs, the "Parties"), by and through their counsel of record, stipulate as follows:

***WHEREAS,*** on November 11, 2025, Plaintiffs filed their Class Action Complaint in the above-captioned action. ECF 1.

***WHEREAS,*** on November 12, 2025, Plaintiffs filed their First Amended Class Action Complaint ("FAC") in this action. ECF 6.

***WHEREAS,*** on November 13, 2025, Google was served with the FAC, summons, and other case-initiating documents. ECF 11.

***WHEREAS,*** under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Google's answer or responsive pleading to the FAC was due by December 4, 2025.

***WHEREAS,*** the Parties met and conferred regarding the deadline for Google to answer or otherwise respond to the FAC, and stipulated and agreed to extend that deadline to January 21, 2026. ECF 13.

***WHEREAS,*** Google filed a Motion to Dismiss the FAC (the "Motion") on January 21, 2026. ECF 22.

***WHEREAS***, pursuant to Local Rule 7-3(a), Plaintiffs' Opposition to Google's Motion is due by February 4, 2026, and pursuant to Local Rule 7-3(c), Google's Reply in Support of its Motion is due by February 11, 2026.

***WHEREAS,*** the parties have reserved April 15, 2026, at 9:00 a.m. PT, for a hearing on Google's Motion.

***WHEREAS,*** the Parties met and conferred regarding the deadlines for Plaintiffs to oppose Google's Motion and for Google to file its Reply in support of its Motion, as Plaintiffs respectfully seek an additional three weeks for their opposition to address complexities of the legal issues raised in Google's Motion and their interplay with factual disputes between Plaintiffs' allegations and Google's representations in the Motion and its accompanying request for judicial notice, which includes Plaintiffs' consultation with an expert who has limited availability. Further, Google

respectfully seeks an additional two weeks for its reply to account for pre-existing travel commitments, and to allow sufficient time for Google and its counsel to research and develop arguments in response to Plaintiffs' opposition, and in support of Google's Motion.

***WHEREAS,*** the Parties reached an agreement that they respectfully submit to the Court under this Stipulation.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their undersigned counsel, that:

1. Plaintiffs shall file their Opposition to Google's Motion by **February 25, 2026**.
2. Google shall file its Reply in support of its Motion by **March 18, 2026**.

Dated: January 30, 2026

**AHDOOT & WOLFSON, PC**

By: */s/ Bradley K. King*
Bradley K. King

*Counsel for Plaintiffs*

Dated: January 30, 2026

**KING & SPALDING LLP**

By: */s/ Laura E. Harris*
Laura E. Harris

*Counsel for Defendant*

**L.R. 5-1 ATTESTATION**

I, Bradley K. King, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By: *_/s/ Bradley K. King_*
Bradley K. King

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

GRANTED. For future reference, the Court interprets the requirement in Civ. L. R. 6-2(a) that the parties explain "with particularity the reasons" to mean "reasons" that identify good cause such that there would be some prejudice to the parties should the Court not extend a deadline.

Dated: February 4, 2026

THE HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE