BENJAMIN S. SOFTNESS (SBN 361435)
  bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300

LAURA E. HARRIS (Admitted *pro hac vice*)
  lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

ZACHARY A. MCENTYRE (Admitted *pro hac vice*)
  zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-2176
Facsimile: (404) 572-5100

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS THELE and MELO PORTER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 5:25-cv-09704-NW<br><br>[*The Honorable Noël Wise*]<br><br>**GOOGLE LLC'S STATEMENT OF RECENT DECISION**<br><br>Date: May 1, 2026<br>Time: 9:00 A.M.<br>Location: Courtroom 3 – 5th Floor |

## **STATEMENT OF RECENT DECISION**

Defendant Google LLC, by and through its undersigned counsel, respectfully submits this Statement of Recent Decision pursuant to Civil Local Rule 7-3(d)(2) in support of Google's Motion to Dismiss Plaintiffs' First Amended Complaint, ECF 22, to notify the Court of the following order of the United States District Court for the Northern District of California (Hon. Maxine M. Chesney) in *In Re: USA Today Co., Inc. Internet Tracking Litigation*, Case No. 3:24-cv-05150-MMC (N.D. Cal. Aug. 14, 2024). The order was issued on April 6, 2026.

*In re: USA Today Co., Inc. Internet Tracking Litigation*, No. 3:24-cv-05150-MMC, 2026 WL 932655 (N.D. Cal. Apr. 6, 2026), is attached hereto as **Exhibit 1**.

Respectfully submitted,

Dated: April 10, 2026                KING & SPALDING LLP


By:   */s/ Laura E. Harris*
        LAURA E. HARRIS
        *Counsel for Defendant Google LLC*