BENJAMIN S. SOFTNESS (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

LAURA E. HARRIS (*pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-2176
Facsimile:  (404) 572-5100

*Counsel for Defendant Google LLC*

TINA WOLFSON (SBN 174806)
twolfson@ahdootwolfson.com
ROBERT AHDOOT (SBN 172098)
rahdoot@ahdootwolfson.com
THEODORE W. MAYA (SBN 223242)
tmaya@ahdootwolfson.com
ALYSSA D. BROWN (SBN 301313)
abrown@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

*Counsel for Plaintiffs Thomas Thele and Melo Porter*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS THELE and MELO PORTER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:25-cv-09704-NW<br><br>[*The Honorable Noël Wise*]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE (CIV. L.R. 6-2)** |

Pursuant to Civil Local Rule 6-1(b), 6-2, and 7-12 Plaintiffs Thomas Thele and Melo Porter, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant Google LLC ("Google," and together with Plaintiffs, the "Parties"), by and through their counsel of record, stipulate as follows:

**WHEREAS,** on November 11, 2025, Plaintiffs filed their Class Action Complaint in the action currently pending in this Court with docket number 5:25-cv-09704-NW. ECF 1.

**WHEREAS,** on November 12, 2025, Plaintiffs filed their First Amended Class Action Complaint ("FAC") in the action currently pending in this Court with docket number 5:25-cv-09704-NW. ECF 6.

**WHEREAS,** on November 13, 2025, Google was served with the FAC, summons, and other case-initiating documents. ECF 11.

**WHEREAS,** under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Google's answer or responsive pleading to the FAC was due by December 4, 2025.

**WHEREAS,** the Parties met and conferred regarding the deadline for Google to answer or otherwise respond to the FAC, and stipulated and agreed to extend that deadline to January 21, 2026. ECF 13.

**WHEREAS,** Google filed a Motion to Dismiss the FAC ("Google's Motion") on January 21, 2026. ECF 22.

**WHEREAS,** pursuant to Local Rule 7-3(a), Plaintiffs' Opposition to Google's Motion was due by February 4, 2026, and pursuant to Local Rule 7-3(c), Google's Reply in Support of its Motion was due by February 11, 2026.

**WHEREAS,** the parties reserved April 15, 2026, at 9:00 am PT, for a hearing on Google's Motion.

**WHEREAS,** the Parties met and conferred regarding the deadlines for Plaintiffs to oppose Google's Motion and for Google to file its Reply in support of its Motion and filed a Stipulation Extending Briefing Deadlines for Motion to Dismiss. The stipulation did not seek to continue the April 15, 2026 hearing date. ECF 26.

**WHEREAS,** on February 4, 2026, the Court granted the Parties' Stipulation Extending

Briefing Deadlines for Motion to Dismiss. ECF 27.

**WHEREAS**, on April 8, 2026, the clerk of court entered notice resetting the hearing on Google's Motion to May 1, 2026 at 9:00 a.m. ECF 31.

**WHEREAS**, lead counsel for Google will be traveling internationally from April 29, 2026 to May 3, 2026 due to a long-scheduled trip to celebrate a fifteenth wedding anniversary.

**WHEREAS**, on April 22, 2026, the Parties met and conferred and agreed to continue the hearing date on Google's Motion to any of the dates below.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their undersigned counsel, that:

1. The hearing on Google's Motion shall be continued to any one of the following dates, or another date at the Court's convenience:

   a. May 20, 2026 at 9:00 a.m.;

   b. May 27, 2026 at 9:00 a.m.;

   c. June 3, 2026 at 9:00 a.m.;

   d. June 17, 2026 at 9:00 a.m.; or

   e. June 24, 2026 at 9:00 a.m.

Dated: April 24, 2026                    **KING & SPALDING LLP**


By: /s/ *Laura E. Harris*
Laura E. Harris

*Counsel for Defendant*


Dated: April 24, 2026                    **AHDOOT & WOLFSON, PC**


By: /s/ *Brad King*
Brad King

*Counsel for Plaintiffs*

## **L.R. 5-1 ATTESTATION**

I, Laura E. Harris, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:    /s/ *Laura E. Harris*
       Laura E. Harris

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on Defendant Google LLC'S Motion to Dismiss Plaintiffs' First Amended Complaint shall be continued to _____ ___, 2026.

Dated: _____

_____
THE HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE