Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Alyssa D. Brown (SBN 301313)
abrown@ahdootwolfson.com
Lisa M. Cintron (SBN 356009)
lcintron@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Tel: (310) 474-9111
Fax: (310) 474-8585

Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel: (917) 336-0171
Fax: (917) 336-0177

*Counsel for Plaintiffs and the Proposed Class*

BENJAMIN S. SOFTNESS (SBN 361435)
bsoftness@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile:  (415) 318-1300

LAURA E. HARRIS (*pro hac vice*)
lharris@kslaw.com
**KING & SPALDING LLP**
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: (212) 556-2100
Facsimile:  (212) 556-2222

ZACHARY A. MCENTYRE (*pro hac vice*)
zmcentyre@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-2176
Facsimile:  (404) 572-5100

*Counsel for Defendant Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS THELE and MELO PORTER, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 5:25-cv-09704-NW <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SECOND AMENDED COMPLAINT** <br><br> Hon. Noël Wise <br><br> Current deadline: July 28, 2026 <br> Proposed deadline: Aug. 18, 2026 |

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiffs Thomas Thele and Melo Porter, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendant Google LLC ("Google," and together with Plaintiffs, the "Parties"), by and through their counsel of record, stipulate as follows:

**WHEREAS,** on July 7, 2026, the Court granted Google's motion to dismiss Plaintiffs' first amended complaint, with leave to amend, and ordered Plaintiffs to file their second amended complaint within 21 days of the order, or July 28, 2026 (ECF No. 35);

**WHEREAS,** Plaintiffs' counsel has pre-planned vacation this month that conflicts with the amended complaint deadline and requested a modest extension from Google; and

**WHEREAS,** the Parties reached an agreement that they respectfully submit to the Court under this Stipulation.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their undersigned counsel, subject to the Court's approval, that Plaintiffs shall file their Second Amended Complaint by **August 18, 2026**.

Dated: July 15, 2026                          **AHDOOT & WOLFSON, PC**

By:   /s/ *Bradley K. King*
                                                        Bradley K. King

                                                        *Counsel for Plaintiffs*

Dated: July 15, 2026                          **KING & SPALDING LLP**

By:   /s/ *Laura E. Harris*
                                                        Laura E. Harris

                                                        *Counsel for Defendant*

**L.R. 5-1 ATTESTATION**

I, Bradley K. King, hereby attest that all signatories listed herein, and on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

By:     /s/ *Bradley K. King*
        Bradley K. King

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ___July 16, 2026___

GRANTED

Judge Noël Wise

_____

THE HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER            3            CASE NO. 5:25-cv-09704-NW
EXTENDING SAC DEADLINE